■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SCHWARTZ, Appellant. [783 NYS2d 806]—

Judgment, Supreme Court, Bronx County (Margaret Clancy, J.), rendered June 6, 2003, convicting defendant, after a nonjury trial, of two counts of manslaughter in the second degree, and sentencing him to concurrent terms of 4 to 12 years, unanimously affirmed.

Defendant's various challenges to the admission of the results of an Intoxilyzer S-D2 test that the police conducted in the field are academic because the court specifically stated that it had not placed any "weight whatsoever" on those results and had

completely disregarded them in arriving at its verdict (*see People v Stevens*, 158 AD2d 283 [1990], *lv denied* 75 NY2d 970 [1990]). In any event, there was overwhelming evidence of defendant's guilt apart from the challenged field test, including a subsequent test establishing that defendant was driving while intoxicated.

We perceive no basis for reducing the sentence. Concur— Sullivan, J.P., Ellerin, Williams, Gonzalez and Catterson, JJ.